IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES KENNEDY, Derivatively on Behalf of Nominal Defendant APPHARVEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN WEBB, LORN EGGLETON, DAVID LEE, KIRAN BHATRAJU, CIARA A. BURNHAM, GREG COUCH, ANNA MASON, R. GEOF ROCHESTER, MARTHA STEWART, and JEFFREY UBBEN, <br><br> Defendants, <br><br> and <br><br> APPHARVEST INC., <br><br> Nominal Defendant. | Case No. 1:22-cv-01153-RGA |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses his claims in the above-captioned consolidated action (the "Action") without prejudice. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

| | |
|---|---|
| Dated: November 9, 2023 | **BIELLI & KLAUDER, LLC** |
| | */s/ Ryan M. Ernst* |
| OF COUNSEL: | Ryan M. Ernst, Esq. (No. 4788) |
| | 1204 N. King Street |
| Joshua M. Lifshitz | Wilmington, DE 19801 |
| **LIFSHITZ LAW PLLC** | Phone: (302) 803-4600 |
| 1190 Broadway | rernst@bk-legal.com |
| Hewlett, New York 11557 | |
| Telephone: (516) 493-9780 | |
| Facsimile: (516) 280-7376 | |

*Attorneys for Plaintiff*

SO ORDERED:

Dated: _____, 2023        _____
                                                          HONORABLE RICHARD G. ANDREWS
                                                          UNITED STATES DISTRICT JUDGE